**No. 55484.**—Steinberger Bros. Glove Corp. *v.* United States, protest 909780–G (New York).

Opinion by Rao, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiff was therefore sustained.